**UNITED STATES of America,
Appellee,**

v.

**Shawn M. SMITH, Appellant.**

No. 02–3711.

United States Court of Appeals,
Eighth Circuit.

Submitted May 2, 2003.

Decided May 5, 2003.

Before LOKEN, Chief Judge, LAY and RILEY, Circuit Judges.

PER CURIAM.

After we remanded for resentencing in *United States v. Smith,* 282 F.3d 1045 (8th Cir.2002), the district court[1] sentenced Shawn M. Smith to 121 months imprisonment to be served consecutively to his state parole-revocation sentence. Smith appeals, urging us to reconsider our previous decision interpreting U.S.S.G. § 5G1.3, comment. (n.6) to require consecutive sentences. After careful review of the record, we conclude this appeal is governed by the law-of-the-case doctrine. *See United States · v. Bartsh,* 69 F.3d 864, 866 (8th Cir.1995) (doctrine prevents relitigation of settled issue in case and requires courts to adhere to decisions made in earlier proceedings). The judgment is affirmed.

A true copy.

---

1. The HONORABLE JOSEPH F. BATAILLON, United States District Judge for the District of Nebraska.